```
                                                    FILED
                                               U.S. DISTRICT COURT
                                                  SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA          2013 APR -3  AM 11: 2?
SAVANNAH DIVISION

```
                                               CLERK_____
                                               SO. DIST. OF GA.
```

| | |
|---|---|
| CHARLOTTE PRIME, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV412-268 |
| AT&T CORP. and COMTRAN GROUP, INC., | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of April 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA